McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-05-0244 EJG |
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER FOR |
| | ) | WRIT OF HABEAS CORPUS AD |
| v. | ) | PROSEQUENDUM |
| | ) | |
| FRANKLIN ROBINSON, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW the United States of America by the United States Attorney and represents and shows:

That there is now detained in California Men's Colony State Prison, P.O. Box 8101, San Luis Obispo, California, 93409-8101, in the custody of the Warden, Sheriff or Jailor thereof, FRANKLIN ROBINSON, JR., DOB 08/23/67, T-95122, the defendant in the above-entitled case, which case will be called at 2:00 p.m. for arraignment and plea forthwith, and that it is necessary to have the defendant present in the courtroom of the Honorable Dale A. Drozd, Magistrate Judge of the United States District Court, 8th Floor, Federal Building and U.S. Courthouse, 501 I Street, Sacramento, California; and in order to secure the presence of

1

1  the defendant it is necessary that a Writ of Habeas Corpus ad
2  Prosequendum be issued commanding the Warden, Sheriff or Jailor
3  to produce the defendant in Court forthwith, and at such other
4  dates as may be necessary in order to procure the defendant
5  presence for his arraignment, plea and all other proceedings
6  incident thereto.
7      WHEREFORE, your petitioner prays for an order directing the
8  issuance of a Writ of Habeas Corpus ad Prosequendum out of and
9  under the seal of this Court, directed to the Warden, Sheriff or
10 Jailor, commanding him to have and produce the above-named
11 defendant in the United States District Court forthwith, and then
12 and there to present the defendant before the Court and from day
13 to day thereafter as may be necessary, and at the termination of
14 the proceedings against the defendant to return defendant to the
15 custody of the Warden, Sheriff or Jailor.
16 DATED: November 9, 2005
                                    McGREGOR W. SCOTT
17                                  United States Attorney

18
                                    By: /s/ William S. Wong
19                                      WILLIAM S. WONG
                                        Assistant U.S. Attorney
20

21                      O R D E R
22      Upon reading and filing the foregoing application in
23 that behalf;
24      IT IS ORDERED that a Writ of Habeas Corpus ad
25 Prosequendum issue as prayed
26 for herein.
27 DATED: November 9, 2005.                _____
                                            DALE A. DROZD
28                                          UNITED STATES MAGISTRATE JUDGE
   Ddad1/orders.criminal/robinson0244.writ

                                2