```
DANIEL BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
FRANKLIN ROBINSON, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-244-EJG |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME; |
| v. ) | AND ORDER |
| ) | |
| FRANKLIN ROBINSON, JR., ) | |
| ) | Date:  March 10, 2006 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for February 10, 2006, be continued until March 10, 2006. In addition, the parties stipulate that the time period from January 10, 2006, to March 10, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

Defense counsel is currently conducting investigation in order to determine if motions must be filed and to prepare for possible trial.

1

Defense counsel must also discuss the case with the government to determine if the case will resolve or if a trial date will be set.

A proposed order is attached and lodged separately for the court's convenience.

DATED: February 7, 2006                Respectfully submitted,

McGREGOR W. SCOTT                      DANIEL BRODERICK
United States Attorney                 Acting Federal Defender


/s/ William Wong                       /s/ Rachelle Barbour
WILLIAM WONG                           RACHELLE BARBOUR
Assistant U.S. Attorney                Assistant Federal Defender
Attorney for United States             Attorney for FRANKLIN ROBINSON, JR.

Stip. To Continue Status        2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANKLIN ROBINSON, JR.,<br><br>        Defendant. | No. CR-S-05-244-EJG<br><br>STIPULATION CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME;<br>PROPOSED ORDER<br><br>Date:  March 10, 2006<br>Time:  10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

     For the reasons set forth in the stipulation of the parties, filed on February 7, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for February 10, 2006, be continued until Friday, March 10, 2006 at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time under the Speedy Trial Act is excluded from February 10, 2006, through March 10, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: February __8__, 2006        /S/ Edward J. Garcia_____
                                    EDWARD J. GARCIA
                                    UNITED STATES DISTRICT JUDGE

Stip. To Continue Status              1