DANIEL BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
FRANKLIN ROBINSON, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-244-EJG |
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; AND ORDER |
| v. | |
| FRANKLIN ROBINSON, JR., | Date: June 16, 2006 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Edward J. Garcia |

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for May 26, 2006, be continued until June 16, 2006.  In addition, the parties stipulate that the time period from May 26, 2006, to June 16, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

Defense counsel is currently conducting investigation in order to determine if motions must be filed and to prepare for possible trial.

Defense counsel must also discuss the case with the government to determine if the case will resolve or if a trial date will be set. The government has stated that it will be providing defense counsel more discovery.

    A proposed order is attached and lodged separately for the court's convenience.

DATED: May 25, 2006                        Respectfully submitted,

McGREGOR W. SCOTT                  DANIEL BRODERICK
United States Attorney             Acting Federal Defender


/s/ William Wong                     /s/ Rachelle Barbour
WILLIAM WONG                          RACHELLE BARBOUR
Assistant U.S. Attorney           Assistant Federal Defender
Attorney for United States        Attorney for FRANKLIN ROBINSON, JR.

Stip. To Continue Status        2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-244-EJG |
| Plaintiff, ) | STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; |
| v. ) | PROPOSED ORDER |
| FRANKLIN ROBINSON, JR., ) | Date: June 16, 2006 |
| Defendant. ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. Edward J. Garcia |

For the reasons set forth in the stipulation of the parties, filed on May 25, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for May 26, 2006, be continued until Friday, June 16, 2006 at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time under the Speedy Trial Act is excluded from May 26, 2006, through June 16, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: May 25, 2006           /S/ Edward J. Garcia
                              EDWARD J. GARCIA
                              UNITED STATES DISTRICT JUDGE

Stip. To Continue Status          1