DANIEL BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
FRANKLIN ROBINSON, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-244-EJG |
| ) Plaintiff, ) | STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; AND ORDER |
| v. ) | |
| FRANKLIN ROBINSON, JR., ) | Date: July 28, 2006 |
| Defendant. ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. Edward J. Garcia |

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for June 30, 2006, be continued until July 28, 2006.  In addition, the parties stipulate that the time period from June 30, 2006, to July 28, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

Defense counsel is currently conducting investigation in order to determine if motions must be filed and to prepare for possible trial.

1

Defense counsel must also discuss the case with the government to determine if the case will resolve or if a trial date will be set.  The government has stated that it will be providing defense counsel more discovery.

A proposed order is attached and lodged separately for the court's convenience.

DATED: June 27, 2006                    Respectfully submitted,

McGREGOR W. SCOTT                       DANIEL BRODERICK
United States Attorney                  Acting Federal Defender


/s/ William Wong                        /s/ Rachelle Barbour
WILLIAM WONG                            RACHELLE BARBOUR
Assistant U.S. Attorney                 Assistant Federal Defender
Attorney for United States              Attorney for FRANKLIN ROBINSON, JR.

Stip. To Continue Status         2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-244-EJG |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME; |
| v. ) | and ORDER |
| ) | |
| FRANKLIN ROBINSON, JR., ) | |
| ) | Date:  July 28, 2006 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

For the reasons set forth in the stipulation of the parties, filed on June 27, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for June 30, 2006, be continued until Friday, July 28, 2006 at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time under the Speedy Trial Act is excluded from June 27, 2006, through July 30, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: June  27   , 2006           /s/ Edward J. Garcia_____
                                   EDWARD J. GARCIA
                                   UNITED STATES DISTRICT JUDGE

Stip. To Continue Status                    1