DANIEL BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
FRANKLIN ROBINSON, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-244-EJG |
| ) Plaintiff, ) | STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; AND ORDER |
| v. ) | |
| FRANKLIN ROBINSON, JR., ) | Date: August 11, 2006 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |

   The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for July 28, 2006, be continued until August 11, 2006.  In addition, the parties stipulate that the time period between those dates be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

   There has been a complete breakdown of communication between defense counsel and Mr. Robinson.  Mr. Robinson is seeking new counsel

1

1 and paperwork has been submitted to the Court to allow a panel attorney
2 to take over this case.  The continuance is requested to permit new
3 counsel to obtain documents from the Federal Defender's Office, speak
4 with Mr. Robinson, and familiarize himself or herself with this case
5 before appearing on behalf of Mr. Robinson.
6   A proposed order is attached and lodged separately for the court's
7 convenience.
8 DATED: July 25, 2006                    Respectfully submitted,
9 McGREGOR W. SCOTT                       DANIEL BRODERICK
  United States Attorney                  Federal Defender
10
11
   /s/ William Wong                       /s/ Rachelle Barbour
12 WILLIAM WONG                            RACHELLE BARBOUR
   Assistant U.S. Attorney                 Assistant Federal Defender
13 Attorney for United States              Attorney for FRANKLIN ROBINSON, JR.

28 Stip. To Continue Status              2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-05-244-EJG |
| Plaintiff, | ) STIPULATION CONTINUING STATUS |
|  | ) CONFERENCE AND EXCLUDING TIME; |
| v. | ) PROPOSED ORDER |
|  | ) |
| FRANKLIN ROBINSON, JR., | ) |
|  | ) Date: August 11, 2006 |
| Defendant. | ) Time: 10:00 a.m. |
|  | ) Judge: Hon. Edward J. Garcia |
| _____ | ) |

For the reasons set forth in the stipulation of the parties, filed on July 25, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for July 28, 2006, be continued until Friday, August 11, 2006 at 10:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' stipulation, the time under the Speedy Trial Act is excluded from July 28, 2006, through August 11, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: July_25_, 2006            /S/ Edward J. Garcia
                                 _____
                                 EDWARD J. GARCIA
                                 UNITED STATES DISTRICT JUDGE

Stip. To Continue Status            1