HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331

Attorney for Defendant
FRANKLIN ROBINSON, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> FRANKLIN ROBINSON, JR. ) <br> ) <br> Defendant. ) <br> ) | CR.S-05-244FCD <br><br> **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** <br><br> Judge: Hon. Edward J. Garcia |

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney William S. Wong, and defendant Franklin Robinson, Jr., by and through his counsel, Hayes H. Gable, III, agree and stipulate to vacate the existing status conference in the above-captioned action, September 22, 2006, and to continue the matter to October 20, 2006, at 10:00 a.m. for status conference.

The reason for this request is that the defense requires additional time to conduct in investigation in this case. The parties further agree and stipulate that the period for the filing of this stipulation until October 23, 2006, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time

1.

necessary for effective presentation. It is further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

Counsel for the government has authorized the execution of this stipulation on her behalf. Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

Dated: September 21, 2006
   s/Hayes H. Gable, III
HAYES H. GABLE III
Attorney for Defendant
FRANKLIN ROBINSON, JR.

Dated: September 21, 2006
MCGREGOR W. SCOTT
United States Attorney

By:   s/Hayes H. Gable, III for
WILLIAM S. WONG
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: September 21, 2006
  /s/ Edward J. Garcia
EDWARD J. GARCIA
U.S. District Court Judge