1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4
   Attorney for Defendant
5  FRANKLIN ROBINSON, JR.

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 **UNITED STATES OF AMERICA**,       )   CR.S-05-244 EJG
                                       )
12   Plaintiff,                        )
                                       )   **STIPULATION AND**
13                                     )   **ORDER RE: CONTINUANCE OF**
                                       )   **STATUS CONFERENCE AND**
14 v.                                  )   **EXCLUSION OF TIME UNDER**
                                       )   **SPEEDY TRIAL ACT**
15                                     )
   FRANKLIN ROBINSON, JR.              )
16                                     )
     Defendant.                        )   Judge: Hon. Edward J. Garcia
17 _____)

18                              -o0o-

19     Plaintiff, United States of America, by and through its counsel, Assistant United States

20 Attorney William S. Wong, and defendant Franklin Robinson, Jr., by and through his counsel,

21 Hayes H. Gable, III, agree and stipulate to vacate the existing status conference in the above-

22 captioned action, October 20, 2006, and to continue the matter to November 17, 2006, at 10:00

23 a.m. for status conference.

24     The reason for this request is that the defense requires additional time to conduct in

25 investigation in this case. The parties further agree and stipulate that the period for the filing of

26 this stipulation until October 23, 2006, should be excluded in computing time for commencement

27 of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. §

28 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time

necessary for effective presentation.  It is further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

     Counsel for the government has authorized the execution of this stipulation on her behalf. Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

Dated: October 18, 2006              /s/Hayes H. Gable, III
                                        HAYES H. GABLE III
                                        Attorney for Defendant
                                        FRANKLIN ROBINSON, JR.

Dated: October 18, 2006              MCGREGOR W. SCOTT
                                        United States Attorney

                                 By:    /s/Hayes H. Gable, III for
                                          WILLIAM S. WONG
                                          Assistant United States Attorney

## ORDER FINDING EXCLUDABLE TIME

     For the reasons set forth in the accompanying stipulation, the status conference in the above-entitled action is continued to November 17, 2006, at 10:00 a.m.  The court finds excludable time in this matter from October 20, 2006 through November 17, 2006, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

Dated: October 18, 2006              /s/ Edward J. Garcia
                                          EDWARD J. GARCIA
                                          U.S. District Court Judge