HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331

Attorney for Defendant
FRANKLIN ROBINSON, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br> Plaintiff, )<br>)<br>)<br>)<br>)<br>v. )<br>)<br>)<br>FRANKLIN ROBINSON, JR. )<br>)<br> Defendant. )<br>_____ ) | CR.S-05-244 EJG<br><br>**STIPULATION AND**<br>**ORDER RE: CONTINUANCE OF**<br>**STATUS CONFERENCE AND**<br>**EXCLUSION OF TIME UNDER**<br>**SPEEDY TRIAL ACT**<br><br><br><br>Judge: Hon. Edward J. Garcia |

-o0o-

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney William S. Wong, and defendant Franklin Robinson, Jr., by and through his counsel, Hayes H. Gable, III, agree and stipulate to vacate the existing status conference in the above-captioned action, December 15, 2006, and to continue the matter to January 5, 2007, at 10:00 a.m. for status conference.

The reason for this request is that the defense has provided the government with discovery which will necessitate further investigation on the government's part. The parties further agree and stipulate that the period for the filing of this stipulation until January 5, 2007, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity

1.

of counsel and to allow reasonable time necessary for effective presentation.  It is further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

Counsel for the government has authorized the execution of this stipulation on her behalf.  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

Dated:  November 30, 2006        s/Hayes H. Gable, III
                                 HAYES H. GABLE III
                                 Attorney for Defendant
                                 FRANKLIN ROBINSON, JR.


Dated:  November 30, 2006        MCGREGOR W. SCOTT
                                 United States Attorney

                           By:   s/Hayes H. Gable, III for
                                 WILLIAM S. WONG
                                 Assistant United States Attorney

**ORDER FINDING EXCLUDABLE TIME**

For the reasons set forth in the accompanying stipulation, the status conference in the above-entitled action is continued to January 5, 2007, at 10:00 a.m.  The court finds excludable time in this matter from December 15, 2006 through January 5, 2007, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).
IT IS SO ORDERED.


Dated: December 7, 2006          /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
                                 U.S. District Court Judge

2.