**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

*Daniel J. Broderick*  (916) 498-5700  Fax: (916) 498-5710  *Linda C. Harter*
*Federal Defender*  *Chief Assistant Defender*

# M E M O R A N D U M

DATE:       June 23, 2010

TO:         Hon. Edward J. Garcia
            Senior U.S. District Judge

CC:         USPO Toni Ortiz
            AUSA William S. Wong

FROM:       Jeffrey Staniels
            Asst. Federal Defender

SUBJECT:    Re: United States v. Franklin Robinson, Jr.
            2:05-cr-244

---

This case is currently calendared for an Admit or Deny Hearing regarding the TSR Supervision petition filed in the case.  Mr. Robinson had requested an opportunity to meet with the Probation Officer about his situation before entering any admission in the case.  Ms. Ortiz' schedule was such that she is out of town on Thursday and Friday of this week and too busy getting her work situation in order to see Mr. Robinson today.

She did speak with me today and said she was willing and able to meet with Mr. Robinson early next week.  For that reason I request that the Scheduled hearing be dropped from this Friday's calendar and the matter be re-calendared for Admit or Deny Hearing on July 2, 2010, at 10:00 a.m. on the court's regular criminal calendar.

## O R D E R

IT IS SO ORDERED this 23rd day of June, 2010.

By the Court

/s/ Edward J. Garcia
Hon. Edward J. Garcia
Senior U.S. District Judge